UNITED STATES DISTRICT COURT **FILED**
Northern District of California
1301 Clay Street             MAY 2 2 2007
Oakland, California 94612
                             RICHARD W. WIEKING
www.cand.uscourts.gov   CLERK, U.S. DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
                                 OAKLAND

Richard W. Wieking                                     General Court Number
Clerk                                                  510.637.3530

May 15, 2007



Office of the Clerk
U.S. District Court, Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Case Name:     US-v-Giovanna Warren
Case Number:   4:07-70272-WDB          EDCA 1:07 MJ 094 DLB
Charges:       18:287  False claims against the U.S.

Dear Clerk:

  The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

  ( )     The U.S. Marshal has been ordered to remove this defendant
          to your district forthwith.
  (X)     The defendant has a court appearance in your court on: 5/25/07 @ 1:30PM

Enclosed are the following documents:
          original Rule 5 affidavit
    certified copy of *AO 94, Commitment to Another District*
          Other misc documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

  Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                Sincerely yours,

                                RICHARD WIEKING, Clerk

                                by: Kelly Collins
                                Case Systems Administrator

Enclosures
cc: Financial Office
------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____        CLERK, U.S. DISTRICT COURT

                                          By _____
                                             **Deputy Clerk**