UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),                            No. 4-07-70272-WDB

  v.                                        **CLERK'S NOTICE**

GIOVANNA WARREN,

        Defendant(s).

_____/

**You are hereby notified that** pursuant to the unavailability of Magistrate Judge Wayne D. Brazil on Wednesday, August 29, 2007, the Further Status Hearing Re: Rule 20 as to the above entitled case has been rescheduled to **Thursday, August 30, 2007 at 10:00 a.m.** before Magistrate Judge Wayne D. Brazil.

                                                Richard W. Weiking
                                                Clerk, U.S. District Court

                                                by: Ivy L. Garcia
                                                Courtroom Deputy of
                                                Magistrate Judge Wayne D. Brazil

                                                Dated: August 28, 2007

cc: Copies to parties via ECF, Pretrial Services