DOCUMENTS UNDER SEAL ☐

TOTAL TIME (mins): 4 Mins

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 9/18/07 10:06:09-10:10:10 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>9/18/07 | | NEW CASE ☐ | CASE NUMBER<br>4-07-70272-WDB |

## APPEARANCES

| DEFENDANT<br>GIOVANNA WARREN | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Bryan Whittaker | INTERPRETER<br>None | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

☐ INITIAL APPEAR  ☐ PRELIM HRG  ☐ MOTION  ☐ JUGM'T & SENTG  ☒ FURTHER STATUS RE: RULE 20 HELD 4 Mins

☐ I.D. COUNSEL  ☐ ARRAIGNMENT  ☐ BOND HEARING  ☐ INITIAL APPEAR REV PROB OR S/R  ☐ OTHER

☐ DETENTION HRG  ☐ ID / REMOV HRG  ☐ CHANGE PLEA  ☐ PROB. REVOC.  ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME

**FILED SEP 18 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE  ☐ INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R  ☐ ISSUED APPEARANCE BOND  AMT OF SECURITY $  SPECIAL NOTES  ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED  ☐ CASH $  CORPORATE SECURITY ☐  REAL PROPERTY: ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED  ☐ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: ☐

☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE

TO: 10/10/07
AT: 10:00 a.m.
BEFORE HON. WAYNE D. BRAZIL

☐ ATTY APPT HEARING  ☐ BOND HEARING  ☒ FURTHER STATUS RE: RULE 20 CONSENT and SET DATE BEF. ASSIGNED JUDGE  ☐ STATUS / TRIAL SET

☐ SUBMIT FINAN. AFFIDAVIT  ☐ PRELIMINARY HEARING OR ARRAIGNMENT  ☐ CHANGE OF PLEA  ☐ OTHER

☐ DETENTION HEARING  ☐ MOTIONS  ☐ JUDGMENT & SENTENCING

☐ TIME WAIVED  ☐ TIME EXCLUDABLE UNDER 18 § USC 3161  ☐ IDENTITY / REMOVAL HEARING  ☐ PRETRIAL CONFERENCE  ☐ PROB/SUP REV. HEARING

### ADDITIONAL PROCEEDINGS

The deft. signed the Consent Re: Rule 20 Transfer in court and that will be sent together with the signed Plea Agreement to USDC, Eastern Dist. of California, Fresno so her case can be transferred in this district. The parties jointly asked the Court for 3 wks. continuance - request GRANTED.

cc: WDB's Stats

DOCUMENT NUMBER: